**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-23416-RAR**

**XYZ CORPORATION**,

      Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A**,

      Defendants.

_____/

**ORDER OF DISMISSAL**

      **THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal as to Defendant Huiquans (No. 13) [ECF No. 64], filed on March 18, 2025, and the Parties' Joint Stipulation of Dismissal With Prejudice ("Stipulation") as to Certain Defendants bigsmall402 (No. 48), triple999 (No. 63), topbuy219 (No. 62), freedom day (No. 54), MANYJOY (No. 60), loveitemall (No. 58), wonderfulgirls (No. 65), secretgames (No. 61), gagifstore (No. 55), chenshengyuan (No. 49), couplefriends (No. 51), desireitem (No. 52), loveriver (No. 59), and Manyjoy (No. 18) ("Certain Defendants") [ECF No. 18], filed on March 21, 2025.  The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

      **ORDERED AND ADJUDGED** as follows:

1.      Defendant Huiquans (No. 13), is hereby **DISMISSED** *with prejudice.*

2.      Certain Defendants bigsmall402 (No. 48), triple999 (No. 63), topbuy219 (No. 62), freedom day (No. 54), MANYJOY (No. 60), loveitemall (No. 58), wonderfulgirls (No. 65), secretgames (No. 61), gagifstore (No. 55), chenshengyuan (No. 49), couplefriends (No. 51), desireitem (No. 52), loveriver (No. 59), and Manyjoy (No. 18) are **DISMISSED** *with prejudice*, including those counterclaims filed by the Certain Defendants.

3.      The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED**

      **AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of March, 2025.

 

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**